# UNITED STATES DISTRICT DISTRICT COURT
for the
District of Massachusetts
Worcester Division

FILED IN CLERK'S OFFICE
SEP 24 '21 AM11:07 USDC MA

| | |
|---|---|
| **Kemeh, Kevin Dela** | Case No. |
| Plaintiff, | |
| vs. | Jury Trial: NO |
| Jason Silvestri; Brian Fluery; Unknown(s) [Paxton Police Department] [Mark Savasta] | |
| Defendants, | |

## Jurisdiction;Federal Question

1.) *Vienna Convention on Consular Relations (VCCR)
   *Bill of Rights
   *Foreign Sovereign Immunity Act
   *18 U.S. Code 878 | 18 U.S. Code 241 | 18 U.S. Code 242
   *42 U.S. Code 1986 | 42 U.S. Code 1983 | 42 U.S. Code 1985

## Venue

2.) Kemeh, Kevin Dela, one of the people of Massachusetts, state, was injured by the defendants in Massachusetts, state.

## Parties

3.) **Plaintiff (Kemeh, Kevin Dela)** inhabits the land of Massachusetts;
   **In care of**: 48 Bellvista Road
   Worcester, Massachusetts 01602
   **Contact**: 774-437-8178
   **Email**: kevindelakem@gmail.com

**Foreign National**

Kemeh, Kevin Dela; a man, one of the people of Massachusetts, state, Sui Juris De Jure

1

**Defendants: Jason Silvestri; Brian Fluery; Unknown(s)**
**[ Paxton Police Department ] [ Chief Police Mark Savasta ]**

**Address :** 576 Pleasant Street
Paxton, Massachusetts 01612

**[ Persona in Society**: Police Officers of the Paxton Police Department **]**

## Declarations (Statement of Facts)

4.)  Incident Days: July 7th/8th; August 1st/3rd, 2021: Kemeh, Kevin Dela; a man, was traveling in his private automobile. There was no corpus delicti, no breach of public peace or commerce. The Defendants; **Operating** in their **PRIVATE CAPACITY** decided to;

*****Kidnap the corpus of a man** (twice)

*****False;Unlawful Imprisonment of a man** (without habeas corpus)

*****Arrest;Detainment of a man WITHOUT a corpus delicti, a warrant or unreasonable action** (twice)

*****Trespass on life, liberty and property of a man** (twice)

*****Search and Seizure; WITHHOLD; Trespass on Private Property/Car** (twice)

*****Conspiracy Against Rights** (twice)

*****FORCE a man** (Foreign National) **OPPOSED to their jural sphere and SUBJECT him to their** (Defendants) **will.** (twice)

## Request for Relief

Wherefore, The Plaintiff Requests;

For misconduct, **INTERNATIONAL** crimes (corpus delicti), **TRESPASSING** on a life, liberty, property of a man; False **IMPRISONMENT**; **Conspiracy** Against Rights and **VIOLATIONS** of **federal acts** and the **bill of rights**; Kemeh, Kevin Dela requests $895,000 USD, rightfully.

Respectfully,
Kemeh, Kevin Dela

9/24/21         *[signature]*

Notary as JURAT CERTIFICATE

__Massachusetts__ [State] }
__Worcester__ [County] }

On this __24th__ day of __September__, 20__21__ before me,

Notary Public- State of Massachusetts

__Kevin Kemeh__ who proved to me based on-satisfactory evidence to be the man whose name is subscribed to the within instrument and verified to me that he executed the same as man, one of the people of Massachusetts, state, Sui Juris De jure, stated in document and by rightful claim of possession above all others in society and that by his autograph(s) on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore.
I verify under PENALTY OF PERJURY under the lawful laws of Massachusetts, State, that all the paragraphs on this document is true and correct. WITNESS my autograph

__*[signature]*__
Signature of Notary/Jurat

*Notary Seal*

Alan T Ebireri
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
July 11, 2025

3